A CERTIFIED TRUE COPY
ATTEST
By Jakela Mells on Jun 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

09 JUN 10 AM 7:52

FILED
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 18, 2009
FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C 09-1358 PJH
(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-322)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,548 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

Jun 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6/3/09
ATTEST: Tom Dugeey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

### SCHEDULE CTO-322 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**       **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC   2   09-2275        Lois Jean Conner, et al. v. Alfa Laval, Inc., et al.

CALIFORNIA NORTHERN
  CAN   3   09-1242        Douglas Coughran, et al. v. United States of America
  CAN   3   09-1269        Richard Close v. General Electric Co., et al.
  CAN   3   09-1271        Edward Brazzi, et al. v. United States of America
  CAN   3   09-1322        Sharon Woody, et al. v. General Electric Co., et al.
  CAN   3   09-1358        Bruce Arnold, et al. v. A.W. Chesterton Co., et al.
  CAN   3   09-1782        Wiley Utterback v. Foster Wheeler LLC, et al.
  ~~CAN   4   09-1456~~    ~~John Dobrocke, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ Vacated 6/1/09
  CAN   4   09-2012        Barbara Hulsen, et al. v. General Electric Co., et al.

DELAWARE
  DE    1   09-235         Janice Happel, etc. v. Anchor Packing Co., et al.

FLORIDA SOUTHERN
  FLS   1   09-20578       Laura Benjamin, etc v. A.W. Chesterton Co., et al.

LOUISIANA EASTERN
  LAE   2   09-3347        Union Carbide Corp., et al. v. South African Marine
                           Corp., Ltd., et al.

MASSACHUSETTS
  ~~MA    1   09-10365~~   ~~Contrino A. Geraldine, etc. v. General Electric Co., et al.~~
                           Opposed 5/29/09
  MA    1   09-10509       Lynn Montero, etc. v. Viad Corp., et al.

MAINE
  ME    2   09-147         Eleanor Hayes, et al. v. Metropolitian Life Insurance Co., et al.

MINNESOTA
  MN    0   09-829         Charles Traxler v. Soo Line Railroad Co.

## MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)

### NORTH CAROLINA EASTERN
| | | |
|---|---|---|
| NCE 7 | 09-29 | Robert Owen Tallent, et al. v. Aqua-Chem, Inc., et al. |

### NORTH CAROLINA MIDDLE
| | | |
|---|---|---|
| NCM 1 | 09-271 | Monroe Steele, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-273 | James Robert Shumake, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-274 | Thomas Wayne Thompson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-275 | Hoyle Jennings Ford, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-282 | Mark Grey Lawson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-284 | Carl Eugene Dry, II, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-325 | Richard Ben Barber, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-326 | Brady Gray Reavis, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-334 | Florence P. Haynes, etc. v. A.W. Chesterton Co., et al. |
| NCM 1 | 09-337 | Steve Franklin Joyce, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-341 | David Dexter Allmon, et al. v. Aqua-Chem, Inc., et al. |

### NORTH CAROLINA WESTERN
| | | |
|---|---|---|
| NCW 1 | 09-131 | Donald Eugene King, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-132 | Albert Wayne Lingerfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-133 | Buren Edward McSwain, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-135 | William Hunter Miller, et al.v Aqua-Chem, Inc., et al. |
| NCW 1 | 09-136 | Larry Bryant Reynolds, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-137 | Tony Lee Scruggs, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-139 | Steve Wayne Sexton v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-140 | Donald McKenny Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-141 | Jimmy Dale Stone, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-142 | Bobby Charles Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-143 | Ronald Phifer Fink, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-144 | Daniel Lee McCraw, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-147 | Michael Phillip Rogers, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-148 | Samuel Furman Sherrill, et al. v. Aqua-Chem. Inc., et al. |
| NCW 1 | 09-149 | Glen Phillip Karasiewicz, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-150 | Darrell Bundy Wolfe, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-153 | Bennie Ray Godwin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-154 | Timothy Leroy Heiskell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-156 | Rhonda T. Russell, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-157 | Fay H. Beckham, et al. v. CBS Corp., et al. |
| NCW 1 | 09-167 | Carl H. Krumroy, et al. v. Hobart Brothers Co., et al. |
| NCW 1 | 09-171 | Curtis James Nolen, Sr. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-176 | Ricky Eugene Owens, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

NEW YORK EASTERN
NYE 1  05-2720  William Hamilton, etc. v. A.W. Chesterton Co., et al.

OHIO NORTHERN
~~OHN 1  09-10002~~  ~~William Sillanpa v. Durabla Manufacturing Co.~~ Opposed 5/27/09
OHN 1  09-10003  Roger Willoughby v. A-C Product Liability Trust, et al.
OHN 1  09-10004  Anthony R. Tomassetti v. A-C Product Liability Trust, et al.
OHN 1  09-10005  Rodolfo M. Carramanzana v. A-C Product Liability Trust, et al.
OHN 1  09-10006  Emilio G. Miranda v. A-C Product Liability Trust, et al.
OHN 1  09-10007  Alfonso G. Amposta v. A-C Product Liability Trust, et al.
OHN 1  09-10008  John L. Fischer v. A-C Product Liability Trust, et al.
OHN 1  09-10009  Elvin E. Rudasill v. A-C Product Liability Trust, et al.
OHN 1  09-10010  Philip J. Alesi, Sr. v. A-C Product Liability Trust, et al.
OHN 1  09-10011  Roger A. Hornecker v. A-C Product Liability Trust, et al.
~~OHN 1  09-10015~~  ~~Ray Fellows v. Allied Glove Corp., et al.~~ Opposed 6/2/09

RHODE ISLAND
RI 1  08-533  Vickie Gasiorowski, et al. v. Buffalo Pumps, Inc., et al.
RI 1  09-194  Duane Riemann, et al. v. Buffalo Pumps, Inc., et al.

SOUTH CAROLINA
SC 0  09-882  Gerald Tinsley Mode, et al. v. Aqua-Chem, Inc., et al.
SC 0  09-970  Leroy Stroud, Jr., et al. v. Aqua-Chem, Inc., et al.
SC 0  09-1040  Wendell Alphonzo Norwood, et al. v. Aqua-Chem, Inc., et al.
SC 6  09-881  Michael Homer Masters, et al. v. Aqua-Chem, Inc., et al.
SC 6  09-972  Richard Caldwell Layton, et al. v. Aqua-Chem, Inc., et al.
SC 7  09-884  Knox Douglas Hambright v. Aqua-Chem, Inc., et al.
SC 8  09-883  William Chane Land, et al. v. Aqua-Chem, Inc., et al.
SC 8  09-968  Edward Robert Holden, et al. v. Aqua-Chem, Inc., et al.
SC 8  09-969  Ronnie Eugene Nix, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 8  09-973  James David Hunt, et al. v. Aqua-Chem, Inc., et al.
SC 8  09-974  Wendell Scott Haynes v. Aqua-Chem, Inc., et al.
SC 8  09-975  Anthony Frank Gross, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 8  09-976  Marshall Sheriff Buchanan, et al. v. Aqua-Chem, Inc., et al.
SC 8  09-987  Ray Wrenn Vassey, et al. v. Aqua-Chem, Inc., et al.
SC 8  09-989  Marion Grover Powell, et al. v. Aqua-Chem, Inc., et al.
SC 8  09-993  Ricky Joe Nelms, et al. v. Aqua-Chem, Inc., et al.
SC 8  09-995  Ronald Douglas Mauldin, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 8  09-1038  David Earl Webb, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

TEXAS EASTERN
TXE  2  09-74          Joyce Bush, et al. v. Allis-Chalmers Product Liability Trust, et al.

VIRGINIA EASTERN
VAE  2  09-9521        Edward J. Otto v. American Standard, Inc., et al.
VAE  2  09-9522        Monroe v. American Standard, Inc., et al.
VAE  2  09-9523        Thomas F. Siminski v. American Standard, Inc., et al.
VAE  2  09-9524        Milton G. Snavely v. American Standard, Inc., et al.
VAE  2  09-9525        Monroe v. American Standard, Inc., et al.
VAE  2  09-9526        Monroe v. American Standard, Inc., et al.
VAE  2  09-9527        Steele v. American Standard, Inc., et al.
VAE  2  09-9528        William J. Adams v. American Standard, Inc., et al.
VAE  2  09-9529        Thomas R. Berkshire v. Berkshire, et al.
VAE  2  09-9530        Franklin D. Bess v. American Standard, Inc., et al.
VAE  2  09-9531        Ivan J. Garman v. American Standard, Inc., et al.
VAE  2  09-9532        Monroe v. American Standard, Inc., et al.
VAE  2  09-9533        Thomas E. Hutchins v. American Standard, Inc., et al.
VAE  2  09-9534        Francis M. Hendricks, et al. v. Certainteed Corp., et al.

WASHINGTON WESTERN
WAW  2  09-483         William Dennis v. Todd Shipyards Corp., et al.
WAW  3  09-5087        Pauline Leonard Thompson, etc. v. Foster Wheeler, LLC, et al.

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-322) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure